UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORMAN VANPAMEL and
THOMAS SLAGHT,

       Plaintiff(s),

vs.

Case No. 12-10453

HON. GEORGE CARAM STEEH

TRW VEHICLE SAFETY SYSTEMS, INC.,
and TRW AUTOMOTIVE, INC.,

       Defendant(s).
_____/

ORDER OF ADMINISTRATIVE CLOSING

On August 1, 2012 this court granted defendants' motion to compel arbitration and stayed the case. Plaintiffs have appealed and the matter is pending before the Sixth Circuit Court of Appeals. No arbitration has yet occurred.

This case is administratively closed and may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. The parties may submit an order of dismissal with prejudice upon completion of the arbitration.

SO ORDERED.

Dated: June 10, 2013

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 10, 2013, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk